UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BAHIG SALIBA,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>ALLIED PILOTS ASSOCIATION,<br><br>  Defendant - Appellee. | No. 23-15631<br><br>D.C. No. 2:22-cv-01025-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered April 30, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $64.90.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT